UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
AUG -1 2019
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA WOOTEN,<br><br>Defendant. | )<br>)<br>)<br>)  No.<br>)<br>)  **4:19CR00621 JAR/JMB**<br>)<br>)<br>)<br>) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 6, 2019, in St. Louis County, within the Eastern District of Missouri,

**JOSHUA WOOTEN,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more felony crimes punishable by a term of imprisonment exceeding one year, and this firearm had previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
GREGORY M. GOODWIN, #65929MO
Special Assistant United States Attorney